UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASIS INTERNET SERVICES,
JOEL HOUSEHOLTER d/b/a
KNEELAND ENGINEERING d/b/a
FOGGY.NET,

    Plaintiffs,

v.

VISTAPRINT USA, INC.,

    Defendant.
_____/

Misc. Case Number: 8:09-mc-00117-SDM-TGW
Case Number: CV08-5261 SBA
Northern District of California

**NON-PARTY INTEGRACLICK, INC.'S
NOTICE OF WITHDRAWAL OF MOTION TO QUASH NON-PARTY SUBPOENA**

    Non-party Integraclick, Inc. ("Integraclick"), by counsel, hereby gives notice that it withdraws its Motion to Quash Non-Party Subpoena (Dkt. 1).  After Integraclick filed its Motion to Quash, counsel for the issuing parties, AsIs Internet Services ("AsIs") and Joel Householter d/b/a Kneeland Engineering d/b/a Foggy.net ("Foggy") (collectively, "Plaintiffs"), contacted counsel for Integraclick and indicated Plaintiffs were withdrawing the subpoena. (Exh. 1).

{TP548920;1}

Respectfully submitted,

/s/ Wesley D. Tibbals
Wesley D. Tibbals
Florida Bar No. 163880
**AKERMAN SENTERFITT**
SunTrust Financial Centre
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: 813-223-7333
Facsimile: 813-223-2837
*Attorneys for Non-Party, Integraclick, Inc. d/b/a Clickbooth.com and Clickbooth*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>7th</u> day of December 2009, the foregoing *Non-Party Integraclick, Inc.'s Notice of Withdrawal of Motion to Quash Non-Party Subpoena* has been filed with the Court and a true and correct copy has served via facsimile (707) 441-1533 and U.S. Mail to: Jason K. Singleton and Richard E. Grabowski, Singleton Law Group, 611 "L" Street, Suite A, Eureka, CA 95501.

/s/ Wesley D. Tibbals
Attorney